No. 02–10213.  HUNES v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 02–10227.  CRICHLOW v. KINGSBROOK JEWISH MEDICAL CENTER.  C. A. 2d Cir.  Certiorari denied.

No. 02–10254.  FRENCH v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–10275.  ROARK v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–10276.  SMITH v. BECK, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION.  C. A. 4th Cir.  Certiorari denied.

No. 02–10288.  BURKE v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 02–10355.  YOUNG v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–10421.  SCAFF-MARTINEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–10431.  CHAMBERS v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–10473.  ROSS v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–10474.  TISIUS v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 02–10489.  CASTRO v. ANDREWS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–10501.  BROWN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–10504.  VASQUEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.